UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES PHIPPS and DEBRA PHIPPS, husband and wife,<br><br>        Plaintiff,<br><br>    vs.<br><br>HARTFORD FIRE INSURANCE COMPANY, a Connecticut business entity,<br><br>        Defendant. | NO. CV-10-110-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE |

Pursuant to the Stipulation of the parties (C.R. 12), the Clerk of this court shall enter judgment of dismissal with prejudice of the Complaint (Ct. Rec. 1, Ex. A) and the claims therein without costs or attorneys fees to any party.

The Clerk of this court shall enter this Order and judgment as provided herein, forward copies to counsel, and close this file.

**DATED** this 22nd day of October 2010.

             s/ Justin L. Quackenbush
        JUSTIN L. QUACKENBUSH
    SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1