AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JAMES PHIPPS and DEBRA PHIPPS,
husband and wife,

v.

HARTFORD FIRE INSURANCE COMPANY,
a Connecticut business entity

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-110-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the above-entitled case is hereby dismissed with prejudice and without costs or attorney fees to any party.

October 22, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb